### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| RUSSELL SIEVERT, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 04-1444 |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

### O R D E R

This matter is now before the Court on Petitioner, Russell Sievert's ("Sievert"), Motion to Proceed In Forma Pauperis on Appeal. For the reasons set forth below, his Motion to Proceed In Forma Pauperis is DENIED.

### DISCUSSION

Sievert seeks leave to proceed in forma pauperis on appeal. However, a review of his prison trust fund ledgers reveals that he earns approximately $100.00 each month as performance pay. His bank account currently has a balance of $400.31 has an average daily balance for the last six months of $665.15. Although it appears that Sievert is adept at spending these sums, an analysis of his trust fund account for the last six months reveals that he has sufficient income to cover the appellate filing fee.

Accordingly, the Court finds Sievert's allegation of poverty to be untrue, and his Application to Proceed In Forma Pauperis on Appeal [#26] is therefore DENIED.

ENTERED this 11th day of August, 2005.

s/ Michael M. Mihm
Michael M. Mihm
United States District Judge
